UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 93-6028-CR-SEITZ
94-6127-CR-SEITZ
95-6089-CR-SEITZ

UNITED STATES OF AMERICA,

v.

GERALD FRANCES CHILLI

_____/

## ORDER SETTING STATUS CONFERENCE

This matter came before the Court *sua sponte*. In October 2007, the final revocation hearing in this matter was canceled pending the trial in the state matter which was set for February 2008. The Court has heard nothing from the parties since October 2007. Therefore, it is

ORDERED that this matter is set for Status Conference before the undersigned at the Wilkie D. Ferguson Courthouse, 400 North Miami Avenue, Courtroom 11-4, Miami, Florida on **May 30, 2008, at 2:30 p.m.**

DONE AND ORDERED in Miami, Florida this 21st day of May, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of record
Marcelo Rodriguez, Deputy Chief USPO